Alfonso ABADIA, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 05–3039.

United States Court of Appeals,
Federal Circuit.

July 11, 2005.

Before MAYER, LOURIE, and LINN,
Circuit Judges.

PER CURIAM.

Alfonso Abadia seeks review of a final decision of the Merit Systems Protection Board that dismissed his appeal as untimely filed without a showing of good cause for his delay. *Abadia v. OPM*, MSPB No. DC0831030453–I–1, 97 M.S.P.R. 593 (Initial Decision, Jun. 5, 2003; Final Order Sept. 30, 2004). Counsel for the government admits that "the evidence in the record demonstrates that [Abadia's] appeal was filed within the regulatory time limit for filing and that the Board erred in finding that his appeal was untimely." Accordingly, and as requested by both parties, the board's decision is *reversed* and the case is *remanded* for adjudication on the merits.